971 So.2d 882 (2007)
MANZINI & ASSOCIATES, P.A., Appellant,
v.
Joanna CLARK and Mercy Hospital, Inc., Appellees.
No. 3D06-3131.
District Court of Appeal of Florida, Third District.
November 21, 2007.
Nicolas A. Manzini, for appellant.
Wolpe Leibowitz Alvarez & Fernandez, LLP, and Mark A. Leibowitz, Miami, and Alia A. Szopa; Lewis E. Fishman, P.A. and Lewis W. Fishman, Miami, for appellee Mercy Hospital, Inc.
Before COPE and WELLS, JJ., and FLETCHER, Senior Judge.
PER CURIAM.
Affirmed. Litman v. Fine, Jacobson, Schwartz, Nash, Block & England, P.A., 517 So.2d 88, 92 (Fla. 3d DCA 1987) (stating that "where there are no proceeds of the judgment, there is nothing to which a lien may, as a practical matter, attach"); Pasin v. Kroo, 412 So.2d 43, 44 (Fla. 3d DCA 1982) ("The lien may not issue if no proceeds have been recovered.").